United States District Court, Eastern District of New York

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS OF RELEASE |
|---|---|
| V. | AND APPEARANCE BOND |

_Leonid Momotok_, Defendant.

Case Number: _____

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:
- [ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
- [X] Upon **Bond** executed by the defendant in the amount of $ 2,000,000 , and secured by [✓] financially responsible sureties listed below and/or [✓] collateral set forth below.

### Additional Conditions of Release

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: [X] New York City; [ ] Long Island, NY; [ ] New York State; [ ] New Jersey; [ ] _Georgia_ and travel to and from this Court and the permitted areas.

[X] 2. The defendant must avoid all contact with the following persons or entities: _Co-defendants/out of presence of counsel_

[ ] 3. The defendant must avoid and not go to any of the following locations: _____

[X] 4. The defendant must surrender all passports to Pretrial Services by _____ and not obtain other passports or international travel documents.

[X] 5. The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:
   [ ] a. is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;
   [ ] b. must report [ ] as directed by Pretrial Services or [ ] in person ___ times per _____ and/or [ ] by telephone ___ times per _____.
   [ ] c. must undergo [ ] testing, [ ] evaluation and/or [ ] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.
   [ ] d. must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.
   [X] e. is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:
      [ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;
      [X] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [X] religious services, [X] employment, [ ] school or training, [X] other activities approved by Pretrial Services, [ ] _____
      [ ] curfew: restricted to home every day from _____ to _____, or [ ] as directed by Pretrial Services.
   [X] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/or from available insurance.

[ ] 6. Other Conditions: _____

### APPEARANCE BOND

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $_____ and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

(3) [ ] cash deposited in the Registry of the Court in the sum of $_____
    [X] premises located at: _3419 Hanover, Mohegan Lake, NY_ owned by ____
    [ ] I also agree to execute a confession of judgment, mortgage or lien, in form appropriate to proper local and state authorities on or before _at arraignment_

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

_Forfeiture of the Bond._ This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs.    Date

_Yuriy + Lyubov Momotok_, Surety    Address: ____    ____

_Alexandre Novoselsky_, Surety    Address: ____    ____

_Vladimir Roleder_
_Galina Roleder_, Surety    Address: ____    ____

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.

_____
Signature of Defendant

Release of the Defendant is hereby ordered on __10__ / __1__ 20__15__.

/s/ MJ Levy , US MJ

Distribution:    Canary - Court    Pink - Pretrial Services    Goldenrod - Defendant

Docket No. __15 CR 381 (RJD)__     PAGE __2__ OF __2__

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: __Leonid Momotok__     Amount of Bond: $ __2,000,000__

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

| | Address | Date | Acknowledged Before |
|---|---|---|---|
| X Surety: Vladimir Roleder | | | _____ USMJ |
| X Surety: Galina Roleder | | | _____ USMJ |
| X Surety: Yuriy ~~Lyubov~~ Momotok | | | _____ USMJ |
| X Surety: Lyubov Momotok | | | _____ USMJ |
| X Surety: Alexandre Novosety | | | _____ USMJ |
| X Surety: Svetlana Novoselskiy | | | _____ USMJ |

**Signed and Acknowledged by all the above sureties before me on** _____, 20___     _____, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

United States District Court, Eastern District of New York *Jane Iotz*

| UNITED STATES OF AMERICA | **ORDER SETTING CONDITIONS OF RELEASE** |
| V. | **AND APPEARANCE BOND** |

Leonid Momotok, Defendant.

Case Number: 15 CR 381 (RJD)

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:
- [ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or
- [X] Upon Bond executed by the defendant in the amount of $ 2,000,000 , and
secured by [✓] financially responsible sureties listed below and/or [✓] collateral set forth below.

### Additional Conditions of Release

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: [X] New York City; [ ] Long Island, NY; [ ] New York State; [ ] New Jersey; [ ] Georgia and travel to and from this Court and the permitted areas.

[X] 2. The defendant must avoid all contact with the following persons or entities: Co-defendants/outside presence of counsel

[ ] 3. The defendant must avoid and not go to any of the following locations: _____

[X] 4. The defendant must surrender all passports to Pretrial Services by _____ and not obtain other passports or international travel documents.

[X] 5. The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:
  - [ ] a. is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;
  - [ ] b. must report [ ] as directed by Pretrial Services or [ ] in person ___ times per ___ and/or [ ] by telephone ___ times per ___.
  - [ ] c. must undergo [ ] testing, [ ] evaluation and/or [ ] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.
  - [ ] d. must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.
  - [X] e. is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:
    - [ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;
    - [X] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [X] religious services, [X] employment, [ ] school or training, [X] other activities approved by Pretrial Services, [ ] _____
  - [ ] curfew: restricted to home every day from _____ to _____, or [ ] as directed by Pretrial Services.
  - [X] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/or from available insurance.

[ ] 6. Other Conditions: _____

### APPEARANCE BOND

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $_____ and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

(3)
- [ ] cash deposited in the Registry of the Court in the sum of $_____
- [X] premises located at: 401 Ravine Ave Yonkers, Momotok 2461C / Bridget 12
- [ ] I also agree to execute a confession of judgment in the amount of lien, in proper local and state authorities on or before _____

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

*Forfeiture of the Bond.* This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and agai_____

plus YURIY + LYUBOV MOMOTOK _____ Address: _____, Surety

Alexandre Nevosetsky _____ Address: _____, Surety

Vladimir Poleder _____ Surety

Galina Roleder _____ Address: _____, Surety

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.

_Leonard_ _____ Signature of Defendant

Release of the Defendant is hereby ordered on 10/1 20 15.

Robert Levy, USMJ

Distribution: Canary - Court   Pink - Pretrial Services   Goldenrod - Defendant

Docket No. 15CR 381 (RJD)  PAGE 2 OF 2

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: Leonid Momotok     Amount of Bond: $2,000,000

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

| | Date | Acknowledged Before |
|---|---|---|
| X Vladimir Roleder — Surety: Vladimir Roleder | 10.01.15 | USMJ |
| X Galina Roleder — Surety: Galina Roleder | 10.01.15 | USMJ |
| X Yuriy Momotok — Surety: Yuriy Momotok | 10.01.15 | USMJ |
| X Lyubov Momotok — Surety: Lyubov Momotok | 10.01.15 | USMJ |
| X Aler Novoselskiy — Surety: Alexandre Novoselskiy | 10.01.15 | USMJ |
| Svetlana Novoselskiy — Surety: Svetlana Novoselskiy | 10.01.15 | USMJ |

**Signed and Acknowledged by all the above sureties before me on** _____, 20___   _____, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____











Spelling of his last name on his driver's license is incorrect. The spelling on his social security card is correct.